JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PONCIANO NAVA MOJICA,<br><br>    Petitioner,<br><br>    v.<br><br>FERETI SEMAIA, Warden,<br>Adelanto ICE Processing Center.,<br>et al.,<br><br>    Respondents. | Case No. 5:26-cv-3028-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: ___06/12/2026_____



_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE